# United States District Court

Middle District of North Carolina
324 W. Market Street, Suite 401
Greensboro, North Carolina 27401

John S. Brubaker, Clerk                                                                                    TELEPHONE:
                                                                                                           (336) 332-6000

May 18, 2016

JERMAINE LONNIE BAINES
#20337-057
WILLIAMSBURG FCI
P.O. BOX 340
SALTERS, SC 29590

    **Re: 1:16CV33 / 1:13CR255-2; JERMAINE LONNIE BAINES v. USA**

Dear Mr. Baines:

    The respondent USA filed a Response on May 17, 2016, which may or may not be supported by an affidavit, to your motion to vacate, set aside or correct sentence.

    You have the right to file a 10-page reply brief in opposition to the Government's response. If the respondent has filed an affidavit, your reply brief may also be accompanied by counter affidavits in opposition to the affidavit submitted by the Government. Affidavits must be based on personal knowledge, contain facts admissible in evidence, and made by a person competent to testify. A false statement under oath or under penalty of perjury may be a crime punishable as provided by law. Ordinarily, uncontested motions are granted. Therefore, your failure to file a reply brief or, if appropriate, to file counter-affidavits in rebuttal within the time allowed may cause the court to conclude that the Government's contentions are undisputed. As a result, the court may dismiss your suit or render judgment against you. Therefore, unless you file a reply brief in opposition to the Government's response, it is likely your case will be dismissed. Any reply or counter-affidavits must be filed within fourteen (14) days from the date of this letter.

    The original of your reply brief should be mailed to this office and a copy served upon counsel for the Government. Any pleadings presented to the court for filing must be accompanied by a certificate stating that you have served copies on counsel for the Government.

                                                       Sincerely,

                                                       JOHN S. BRUBAKER, CLERK

                                                       By:    /s/ Jamie L. Sheets
                                                               Deputy Clerk