IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

JERMAINE LONNIE BAINES          Case No. 1:13CR-255-2
        DEFENDANT.

V.


UNITED STATES OF AMERICA          December 14th 2020
        PLAINTIFF


## DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE

COMES NOW, the Defendant Jermaine L. Baines, pro se, and respectfully request that this Court issue an order granting compassionate release. In support of this motion the defendant states under the penalty of the Jury, under 28 USC section §1746.

1. The defendant is currently incarcerated at USP Hazelton in Bruceton Mills, West Virgina. USP Hazelton is a designated quarantine site for Covid-19 and has recorded positive Covid-19 test results for both inmates and staff members.

2. Defendant suffers from serious physical and mental health conditions. Suffers from Significant cognitive impairments resulting from a stroke.

3. Defendant has High cholesterol, High Glucose, Heart murmer, Hemoglobin A1c 5ib, High Blood Pressure. All of which places Defendant at high risk of contacting Covid-19 inffection.

4. Defendant's medical conditions are managed with prescription drugs.

5. Defendant would like very much to be release from prison to home confinement due to NOT only because of my medical conditions but due to Coronavirus concerns and serve the rest of my sentence from home.

6. There has been more than 3,000 Federal inmates that has been placed on home confinement in recent weeks, those who are at high risk for the disease (coronavirus) and low risk for re-offending inwhich I qualify.

For the above reasons, Defendant respectfully request that this motion be granted.

Dated: December 14th, 2020

                                      Jermaine L. Baines  #20337-057

*Can't talk to Jaylen now on the 1st ☹ Damn
It's been a long time since we just spoke and I was really
looking forward to talking to my son — Hopefully we'll talk soon
Wish I had his                                    Insha-Allah
address so I could
at least write him.
I don't want him to think that I did want to call him
b/c I really did-

**U. S. Department of Justice**

**Federal Bureau of Prisons**

**FCC Hazelton**

Office of the Warden                                    Bruceton Mills, WV

June 2, 2020

This sucks!!
Can't call home now
until this is over! Damn

MEMORANDUM FOR INMATE POPULATION

FROM:    J.R. Bell, Acting Complex Warden

SUBJECT: Nation-Wide Lock Down

As you are aware, our Nation is facing difficult times as emotions run high and peaceful protests have turned into violently charged demonstrations. In an effort to maintain the safety and security of the institution, a lock down has been initiated. This lock down is not punitive. This is not intended to be a long-term lock down. We anticipate to return to a less restrictive operation in the near future and in keeping with our continued mitigation efforts with regard to COVID-19. However, we are committed to preventing any type of disruption from occurring, and I strongly emphasize any type of violent behavior will never be accepted or tolerated at this facility.

It is my expectation of the inmate population that you attempt to use this time towards positive efforts. You should adhere to the rules and regulations of the institution, treat staff and fellow inmates with respect and follow all orders given by staff, especially during unusual times such as these. Additionally, all inmates are expected to adhere to cell sanitation and housekeeping standards.

The safety and security of staff and inmates is the highest priority. Institution staff will continue to make rounds and address any concerns that may arise. Every attempt will be made to ensure the inmate population is provided showers and nutritional meals throughout the course of this lock down, including one hot meal each day. You will be notified of any additional modifications to institution operations.

Your cooperation and flexibility is appreciated as we are doing everything we can to ensure the safety and security of our staff, inmates, and the general public. We are continually monitoring updates nationally and will share with you as the information becomes available. Staff from the various departments will be making rounds throughout the institution, so please be patient as we work through this critical time.

*This is how they do "us" when the
outside world is protesting ☹ I'm staying
Humble + putting my trust in 'Allah' - Keep my family
Safe!!

## NOTICE TO THE INMATE POPULATION

**DATE:** November 19, 2020

**REPLY TO**      /s/
**ATTENTION OF:** P. Adams, Warden FCC HAZELTON

**SUBJECT:** FCC Hazelton Modified Operations
COVID-19 Update

This serves as a notification to the inmate population at FCC Hazelton. Due to a current increase in positive COVID-19 cases and in an effort to minimize further exposure, all out of cell time and inmate programs will be suspended until further notice. If at any time you feel symptomatic, it is imperative to notify a staff member immediately. Sanitation and hand hygiene will continue to remain a priority.

All inmates will be afforded showers during the week and all meals will continue to be served in the Housing Units.

Our objective is to always ensure the safe and orderly running of this institution for staff, inmates, and the general public. Your cooperation in this matter is not only requested, but expected.

# NOTICE TO THE INMATE POPULATION

**DATE:** November 2, 2020

**REPLY TO**          /s/
**ATTENTION OF:** P. Adams, Warden FCC HAZELTON

**SUBJECT:** **FCC Hazelton Modified Operations COVID-19 Update**

This serves as a notification to the inmate population at FCC Hazelton. Due to a current increase in positive COVID-19 cases and in an effort to minimize further exposure, all out of cell time and inmate programs will be suspended until further notice. Food Service inmate workers, to include outside warehouse workers will be the only inmate work details permitted unless approved by the Captain. Any inmate released from their housing unit will have their temperature checked and screened for symptoms. If at any time you feel symptomatic, it is imperative to notify a staff member immediately. Sanitation and hand hygiene will continue to remain a priority.

All inmates will be afforded showers during the week and all meals will continue to be served in the Housing Units.

Our objective is to always ensure the safe and orderly running of this institution for staff, inmates, and the general public. Your cooperation in this matter is not only requested, but expected.

IslamicBookStore.com

13524 Explanation of the Hadith: When Allah wants Good for a person He Bestows on him Fiqh of the Religion $10.95

13500 Attainment of Happiness: Hadith Encyclopedia on Tawhid $39.95

13499 Tafsir As-Sa'di $29.00

13497 Explaination of Chapter from Riyaadh Saliheen $10.95

13569 Reasons for Deviation From the truth $8.84

13350 The Easiest Method of memorizing the Noble Quran and texts for the student of Knowledge $4.42

13347 How to invite people to Allah $5.53

Service@islamic-bookstore.net

$ 95 Shipping

#4 P: 11 donebee-com/pkgs;ses
Video Lectures 919126