IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respndent, | ) | |
| | ) | |
| v. | ) | 1:22CV689 |
| | ) | 1:13CR255-2 |
| JERMAINE LONNIE BAINES, | ) | |
| | ) | |
| Pettioner. | ) | |

FILED SEP 12 2022

## FIRST MOTION FOR EXTENSION OF TIME TO REPLY TO UNITED STATES' RESPONSE IN OPPOSITION TO RECOMMENDATION AND ORDER OF UNITED STATES MAGISTRATE JUDGE

COMES Defendant, Jermaine Lonnie Baines("Baines"), appearing *pro se,* and files his Motion for Extension of Time to Reply to United States' Response in Opposition to Defendant's Motion Recommendation and Oder of Unites States Magistrate Judge, and would show as follows:

### PRELIMINARY STATEMENT

As a preliminary matter, Baines respectfully requests that this Court be mindful that *pro se* pleadings are to be construed liberally. See *United States v. Wilson*, 699 F.3d 789 (4th Cir. 2012) (*Pro se* pleadings are to be held to less stringent standards than formal pleadings drafted by lawyers, and should therefore be liberally construed); *Estelle v. Gamble*, 429 U.S. 97, 106 (1976) (same); and *Haines v. Kerner*, 404 U.S. 519, 520 (1972) (same).

## **REASON FOR EXTENSION**

The two (2) page United States' Response in Opposition to Defendant's Motion Recommendation and Oder of Unites States Magistrate Judge ("USR") was just received by Baines through the prison mail. Because of the Covid/Delta Virus pandemic the compound at USP Hazelton has had limited movement and very limited access to the prison law library. As such, Baines needs to research, prepare and perfect his Reply to the USR. Therefore, he seeks a thirty (30) day extension of time, up to and including October 7, 2022, to complete his Reply.

WHEREFORE, premise considered, Baines prays that the Court grant this motion and extend his deadline for filing his Reply, up to and including October 7, 2022.

Respectfully submitted,

Dated: September 7, 2022

JERMAINE LONNIE BAINES
REG. NO. 20337-057
USP HAZELTON
U.S. PENITENTIARY
P.O. BOX 2000
BRUCETON MILLS, WV 26525

2

Case 1:13-cr-00255-NCT Document 226 Filed 09/12/22 Page 2 of 2