FILED: November 14, 2022

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 22-300
(1:13-cr-00255-NCT-2)

_____

In re: JERMAINE LONNIE BAINES

        Movant

_____

O R D E R

_____

Movant has filed a motion under 28 U.S.C. § 2244 for an order authorizing the district court to consider a second or successive application for relief under 28 U.S.C. § 2255.

The court denies the motion.

Entered at the direction of Judge Diaz with the concurrence of Judge Wynn and Senior Judge Traxler.

For the Court

/s/ Patricia S. Connor, Clerk