FILED: November 17, 2022

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 22-7330
(1:13-cr-00255-NCT-2)
(1:22-cv-00689-NCT-JLW)

_____

UNITED STATES OF AMERICA

        Plaintiff - Appellee

v.

JERMAINE LONNIE BAINES

        Defendant - Appellant

This case has been opened on appeal.

| Originating Court | United States District Court for the Middle District of North Carolina at Greensboro |
|---|---|
| Originating Case Number | 1:13-cr-00255-NCT-2<br>1:22-cv-00689-NCT-JLW |
| Date notice of appeal filed in originating court: | 11/14/2022 |
| Appellant(s) | Jermaine Lonnie Baines |
| Appellate Case Number | 22-7330 |
| Case Manager | Naeemah R. Sims<br>804-916-2704 |