IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| JERMAINE LONNIE BAINES, | **)** | |
| | **)** | |
| Petitioner, | **)** | |
| | **)** | 1:26-cv-240 |
| v. | **)** | 1:26-cv-258 |
| | **)** | 1:13-cr-255-2 |
| UNITED STATES OF AMERICA, | **)** | |
| | **)** | |
| Respondent. | **)** | |

**ORDER**

This matter is before the Court on the United States Magistrate Judge's Order and

Recommendation ("Recommendation") to dismiss the Petitioner's § 2255 Motions, Dkts.

306 and 307,[1] for failure to obtain certification for a successive motion under 28 U.S.C.

§ 2255 from the United States Court of Appeals for the Fourth Circuit as required by 28

U.S.C. §§ 2255 and 2244 and Fourth Circuit Local Rule 22(d).

The United States Magistrate Judge filed the Recommendation on April 13, 2026.

Dkt. 313. The Clerk's office served notice on the parties, Dkt. 314, and no objections were

filed within the requisite time limits, *see* 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(2).

Therefore, the Court need not make a *de novo* determination (*see* 28 U.S.C. § 636(b)(1)(C);

Fed. R. Civ. P. 72(b)(3)), and "must 'only satisfy itself that there is no clear error on the

face of the record in order to accept the recommendation.'" *Diamond v. Colonial Life &*

---

[1] The Dkt. numbers in this Order refer to the CM/ECF docket in Case No. 1:13-cr-255-2.

*Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (quoting Fed. R. Civ. P. 72 advisory committee's note to 1983 amendment).  After due consideration, the Magistrate Judge's Recommendation is hereby adopted in full.[2]

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, Dkt. 313, is **ADOPTED**.  **IT IS FURTHER ORDERED** that the First Successive Section 2255 Motion, Dkt. 306, is dismissed, and that relief under the First Step Act as requested in the Second Successive Section 2255 Motion, Dkt. 307, be denied.

**IT IS FURTHER ORDERED** that these civil actions be **DISMISSED** *sua sponte* **WITH PREJUDICE** for failure to obtain certification for a successive motion under 28 U.S.C. § 2255 by filing a motion for authorization in the United States Court of Appeals for the Fourth Circuit as required by 28 U.S.C. §§ 2255 and 2244 and Fourth Circuit Local Rule 22(d).

The Court further finds that there is no substantial showing of the denial of a constitutional right affecting the conviction nor a debatable procedural ruling.  Accordingly, a certificate of appealability is not issued for either action.

---

[2] Following the Magistrate Judge's Recommendation, on April 29, 2026, the Fourth Circuit denied Petitioner's motion under 28 U.S.C. § 2244 for an order authorizing the district court to consider a second or successive application for relief under 28 U.S.C. § 2255. Dkt. 315.  This denial was in Fourth Circuit Case No. 26-140 and corresponded with Petitioner's request for authorization to file a previous motion, Dkt. 222, which Petitioner filed in this Court on August 18, 2022.  As such, it is not pertinent to this Order.

A Judgment dismissing these actions will be entered contemporaneously with this

Order.

This the 29th day of June, 2026.

_____
LINDSEY A. FREEMAN
UNITED STATES DISTRICT JUDGE

3